IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MARCELLOUS L. WALKER, ERIC HENDRICKSON,
DANIEL ARENDS, FREDICK LEE PHARM,
SHERMELL TABOR, EDWIN JONES,
BRANDEN SUSTMAN and JOSHUA ROGERS,

                        Plaintiffs,

    v.

KEVIN R. HAYDEN, DHFS Secretary; and
STEVE WATTERS, SRSTC Director,

                        Defendants.

MEMORANDUM

3:07-cv-00675-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Daniel S. Jorgensen, a patient at the Wisconsin Resource Center in Winnebago, Wisconsin, has submitted a document for filing in this case titled "Statement and Affidavit of Daniel S. Jorgensen." However, the document cannot be considered, because Mr. Jorgensen is not a party in this action. Only the parties to a lawsuit may submit documents for the court's consideration. If Mr. Jorgensen believes his testimony would be helpful to the plaintiffs, he will have to communicate with them and allow them to decide when and how

1

they will use his testimony to further their prosecution of the case.

Entered this 11th day of January, 2008.

                                          BY THE COURT:
                                          /s/
                                          BARBARA B. CRABB
                                          District Judge