# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

MARCELLOUS L. WALKER, ERIC HENDRICKSON, FREDERICK LEE PHARM, SHERMELL TABOR, EDWIN JONES and BRANDON SUSTMAN,

    Plaintiffs,

  v.

KEVIN R. HAYDEN, DHFS Secretary, and
STEVE WATTERS, SRSTC Director,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-675-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
Theresa M. Owens, Clerk

/s/ M . Hardin
_____
by Deputy Clerk

_____6/18/08_____
Date